From: Ellis Mosher #02875-087
    U.S. Penitentiary-ADX
    P.O. Box 8500
    Florence, Co. 81226

To: Honorable Judge Philip A. Brimmer
    United States District Court
    Alfred A. Arraj U.S. Courthouse
    901 19th Street
    Denver, Colorado 80294

Date: Monday, February 10, 2025
Re: Assistance

Dear Honorable Judge Philip A. Brimmer

    My name is Ellis Mosher. I am a federal prisoner housed at the above address. I have been incarcerated since 1995 and will die in prison. I request your assistance with the following.

    I have the following documented mental health history, which is confirmed by prison records contained in BEMR, PDS, Central File, O.I.G., Ohio Department of Corrections:

- In 1986: I received mental health treatment for one year at the Neuse Mental Health Clinic in North Carolina. Diagnosis: Adjustment Disorder with mixed disturbances of emotions and conduct.
- In 1995: I was placed on Suicide Watch while incarcerated at the Allen Correctional Center in Louisiana. Diagnosis: Depression and Suicidal.
- In 1996: Federal Judge Honorable J. Frederick Motz recommended to the Federal Bureau of Prisons that I be housed in the Butner Medical Facility for psychiatric treatment. F.B.O.P. officials ignored judge Motz's recommendation.
- In 2007: I received a Psychological Evaluation by non-prison psychologist Dr. Gripon. Diagnoses: P.T.S.D., Mixed Personality Disorder
- In 2008: I was evaluated by non-prison Licensed Clinical Social Worker Ms. Sanders. Assessment: Possible Fetal Alcohol Syndrome, Trauma
- In 2012: O.I.G. contacted to investigate former ADX psychologist Dr. Coulter for

1.

falsifying information in my PDS records. Referred to F.B.O.P. Internal Affairs
- In 2013: O.I.G. contacted about my mental health concerns.
- In 2013: I received a Psychological Evaluation by ADX psychologist Dr. McCarthy. Diagnoses: Anxiety Disorder (NOS), A.S.P.D.
- In 2013: I was assessed by ADX psychologist Dr. Moody. Assessment: Depression
- In 2013: I received a Psychiatric Evaluation by non-prison Forensic Psychiatrist Dr. Gundersen. Diagnoses: Bipolar Disorder with mixed features, P.T.S.D, A.S.P.D.
- In 2013: I was assessed by ADX MD Dr. Sarrazin. Assessment: Depressive Disorder
- In 2013: I was assessed by ADX MD Dr. Lewis. Assessment: Depressive Disorder
- In 2013: I was assessed by ADX MD Dr. Pelton. Assessment: Depressive Disorder
- In 2014: O.I.G. contacted about my lack of mental health treatment at the ADX
- In 2014: O.I.G. contacted by my mother with concerns I was not receiving adequate mental health treatment at the ADX, and was suicidal. Welfare check requested.
- In 2014: I received a Psychiatric Evaluation by F.B.O.P. contract psychiatrist Dr. Erwin. Diagnoses: Mood Disorder with psychotic features (Bipolar Type), Borderline Personality Disorder, A.S.P.D, Mixed Personality Disorder
- In 2014: I received a Psychological Evaluation by FBOP Forensic Psychologist Dr. Dwyer. Diagnoses: P.T.S.D, Adjustment Disorder with mixed anxiety and depressed mood, A.S.P.D.
- In 2015: I was assessed by ADX psychologist Dr. Moody. Assessment: A.S.P.D.
- In 2015: I received a Psychological Evaluation by Ohio D.O.C. psychologist Dr. Sed. Diagnoses: Schizoaffective Disorder (Bipolar Type), P.T.S.D, A.S.P.D.
- In 2016: I received a Psychiatric Evaluation by Ohio D.O.C. psychiatrist Dr. King. Diagnoses: Schizoaffective Disorder (Bipolar Type), P.T.S.D, A.S.P.D.
- In 2019: I was assessed by Ohio D.O.C. psychiatrist Dr. King. Assessment: Depressive Disorder, P.T.S.D, A.S.P.D.

- In 2019: I received a Psychological Evaluation by F.B.O.P. psychologist Dr. Kimble. Diagnoses: P.T.S.D, Depression with possible psychosis, A.S.P.D.
- In 2020: O.I.G. contacted about my mental health.
- In 2020: I was notified by ADX psychologist Dr. Garber that I was MHCL-3
- In 2021: I received a Psychiatric Evaluation by ADX psychiatrist Dr. Rivera. Diagnoses: Schizoaffective Disorder (Bipolar Type), A.S.P.D. with borderline traits.
- In 2022: I was assessed by ADX psychologist Dr. Garber. Assessment: Schizoaffective Disorder
- In 2022: I received a Psychiatric Evaluation by the Secure Mental Health Unit psychiatrist Dr. Sharretts. Diagnoses: Schizoaffective Disorder (Bipolar Type), A.S.P.D. with borderline traits.
- In 2022: I received an evaluation by psychology predoctoral intern Mr. Grattan. Diagnosis: A.S.P.D. Noted: MHCL-3
- In 2023: I was assessed by psychiatrist Dr. Sharretts. Assessment: Schizoaffective Disorder (Bipolar Type), A.S.P.D. with borderline traits.
- In 2023: O.I.G. contacted about my mental health and possible suicide concerns.
- In 2024: I received a Psychiatric Evaluation by ADX psychiatrist Dr. Rivera. Diagnoses: Unspecified Depressive Disorder with psychotic features (Bipolar Type), A.S.P.D. with borderline traits. "Current Diagnoses"
- In 2024: ADX psychology staff were contacted by the PREA Coordinator, Ms. Crystal Sumpter with Family Crisis Services. The PREA advocate noted that a number of different mental health care providers acknowledge that I have a long history of mental health needs and diagnoses. The PREA advocate requested from the ADX on my behalf an increase in mental health treatment. Her request was laughed at and ignored by ADX psychology staff who indicated that the PREA advocate is not a therapist, and therefore, should mind her own business.

During my incarceration, I have been prescribed psychotropic medications including: Tegratol, Effexor, Geodon, Haldol, Risperdal, Paliperidone, Celexa, Depakote, Valproic Acid,

3

Cymbalta, Buspar, Prozac, Zoloft, Abilify, Remeron, Cogentin, and Gabapentin.

The symptoms I experience which disrupt my daily activities are: racing thoughts, severe depression, intense suicidal thoughts, mood swings, I hear voices telling me to kill myself.

I have an increased risk for suicide as indicated by a history of suicide attempts via overdose, asphyxiation, and hunger/water strike. I have been assessed for increased suicide risk approximately 80 times. The F.B.O.P. has placed me on suicide watch twice at the ADX. I was placed on suicide watch once while in Ohio D.O.C. custody. Placed on suicide watch once while in Louisiana D.O.C. custody.

Placement at the ADX in prolonged solitary confinement and sensory deprivation poses a substantial risk of harm to my mental health and has actually caused substantial harm. Specifically, I suffered from mental illness before my transfer to the ADX (as documented in records) and the symptoms of my mental illnesses have worsened and continue to worsen in these conditions, as evidenced by my increased hallucinations, depression, suicidal ideation, mood swings.

Various F.B.O.P./ADX generated documentation which I possess, as do prison officials, supports that isolation is psychologically damaging on my mental health. For example, but not limited to:

- Memorandum for F.B.O.P. North Central Regional Office Director dated Nov. 29, 2021, states in part, "He requires more intensive mental health services than are currently available to him at the ADX, and daily group treatment and access to treatment staff would continue to move inmate Mosher toward emotional stability and freedom from suicidal ideation."

- Mental Health Report dated Feb. 16, 2022, generated by ADX psychologist Dr. Garber, states in part, "He (inmate Mosher) does not cope well with social isolation and this is increasingly observable during lockdowns. His opportunities to leave his cell while at the ADX are limited, and during lockdowns, they are temporarily eliminated. He becomes much more agitated,

4

irritable, anhedonic, depressed, and his access to distress tolerance skills becomes impaired."
- Memorandum for Andre Matevousian, Regional Director from Regional Counsel Mary Noland dated April 28, 2023, states in part, "inmate Mosher has been diagnosed with Serious Mental Illness, and inmate Mosher does have mental health concerns related to his placement at the ADX."

F.B.O.P./ADX officials are acutely aware that suicidal and psychiatrically vulnerable inmates should not be placed in prolonged isolation due to the devastating psychological effects. In an Office of the Inspector General report titled, "Evaluation of Issues Surrounding Inmate Deaths in F.B.O.P. Institutions", dated Feb. 2024 ~ F.B.O.P. officials acknowledge the devastating psychological effects of prolonged isolation, and that inmates housed in solitary confinement/single-cell status are more likely to commit suicide. Harold Cunningham v. F.B.O.P. Civil Action No. 12-CV-01570-RPM also supports that mentally ill and suicidal inmates should not be housed at the ADX.

The F.B.O.P. Program Statement regarding the Treatment and Care of Inmates with Mental Illnesses #5310.16 defines mental illness as follows:

A mental disorder is a syndrome characterized by clinical significant disturbance in an individuals cognition, emotion regulation, or behavior that reflects a dysfunction in the psychological, biological, or developmental processes underlying mental functioning. Mental Disorders are usually associated with significant distress or disability in social, occupational, or important activities. Classification of an inmate as seriously mentally ill requires consideration of his/her diagnoses; the severity and duration of his/her symptoms; the degree of functional impairment associated with the illnesses; and his/her treatment history and current treatment needs. Schizophrenia spectrum and other psychotic disorders, bipolar and related disorders, and major depressive disorder are generally classified as serious mental illnesses. Other diagnoses, including I.D.D., major neurocognitive disabilities, and personality

disorders are often classified as serious mental illnesses, especially if the condition is sufficiently severe, persistent, and disabling.

The F.B.O.P. utilizes a Mental Health Care Level (MHCL) designation system to manage inmates' mental healthcare, which varies depending on the severity of an inmates mental illness. It's as follows:

- MHCL-1: No significant mental healthcare;
- MHCL-2: Routine Outpatient or Crisis-Oriented Mental healthcare;
- MHCL-3: Enhanced Outpatient or Residential Mental healthcare;
- MHCL-4: Inpatient Psychiatric Care

I have documentation (as do prison officials) generated by the F.B.O.P. which designated me as a MHCL-3 with a sole diagnosis of Antisocial Personality Disorder (A.S.P.D) and where it was recommended that I remain in a Residential mental health care facility: "Secure Mental Health Unit." My experienced and documented mental health symptoms (as noted earlier) were the same then as they are now. However, I have now a dual diagnoses of: Unspecified Depressive Disorder with psychotic features (Bipolar Type) and A.S.P.D. with borderline traits. Despite dual diagnoses with identical but worsening symptoms, psychology staff are manipulating my MHCL to a MHCL-2 in order to deprive me of mental healthcare and to facilitate my placement at the ADX. When I request more mental health care, ADX psychology staff inform me, in writing, that I am not eligible for services such as in cell theraputic activities, self-help books from the psychology self-help library, etc. These same officials claim that psychosis is not serious, nor are my disorders.

In addition to the above, I have documentary evidence which supports that F.B.O.P. staff engaged in a pattern of misconduct in order to place me at the ADX: Falsification of reports, providing false info to elected officials, deliberate misdiagnosis, manipulation of my MHCL, solicitation of harm against other inmates, removal of serious mental illness by a predoctoral intern.

I am receiving constitutionally inadequate mental health treatment at the ADX, in violation

6.

of established federal law, Eighth Amendment, C.F.R, F.B.O.P. Program Statement #5310.16 and the settlement terms of Civil Action No. 12-cv-01570-RPM. All the while, I suffer, my mental health symptoms worsen, and suicide nears.

For the reasons listed, and others, I request your assistance. Writ of Mandamus. Please instruct prison officials to provide treatment. Stop engaging in unlawful conduct

Thank you!
Ellis Mosher

P.S. I have contacted the F.B.O.P. North Central Regional Director Andre Matevousian, but he ignores me. Please help.