Name: Ell
Reg No: 02
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



Honorable Judge Philp A. Brimmer
United States District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294

Legal Mail
2/10/25

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____

*SPECIAL/LEGAL MAIL*

Legal Mail